AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States Of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   18 Cr. 190 (VB) |
| Iyibia Brown | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Iyibia Brown

Date: 02/01/2019

*Attorney's signature*

Gregory G. Gomez (GG1975)
*Printed name and bar number*

The Law Office of Gregory G. Gomez LLC
11 Park Place, Suite 914
New York, NY 10007
*Address*

gomez@gvlaw.nyc
*E-mail address*

212-323-7476
*Telephone number*

917-722-0930
*FAX number*