UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,                         :
                                                  :   **ORDER**
v.                                                :
                                                  :   18 CR 190-3 (VB)
IYIBIA BROWN,                                     :
                        Defendant.                :
------------------------------------------------------------x

    In an undated letter received by the Court on July 29, 2020, defendant Brown submits a "rebuttal" to the government's opposition to defendant's motion for reduction of sentence. (Doc. #138).

    Because the rebuttal includes new information not previously submitted to the Court, the Court would benefit from a further submission from the government in response thereto. Accordingly, by August 5, 2020, the government shall file a response to defendant's rebuttal.

    Chambers will mail a copy of this Order to defendant at the following address:

Iyibia Brown, Reg. No. 85363-054
FPC Alderson
Federal Prison Camp
Glen Ray Rd. Box A
Alderson, WV 24910

Dated: July 29, 2020
       White Plains, NY                SO ORDERED:

                                                              Vincent L. Briccetti, U.S.D.J.