```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA                    :
                                            :
v.                                          :         ORDER
                                            :
                                            :         18 CR 190-3 (VB)
IYIBIA BROWN,                               :
                        Defendant.          :
--------------------------------------------------------------x
```

Briccetti, J.:

By Memorandum Opinion and Order dated August 6, 2020, the Court denied defendant Iyibia Brown's motion pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) to reduce her term of imprisonment to time served in light of the current COVID-19 pandemic.  (Doc. #141).

Today, the Court received from defendant a supplemental submission, dated August 11, 2020, in further support of her motion.  (See Docs. ##142, 143).  Defendant had previously filed a "rebuttal" in further support of her motion.  (Doc. #138).

The Court has carefully reviewed both its Memorandum Opinion and Order and defendant's supplemental August 11 submission.  Although defendant did not seek leave to file her August 11 submission, which was received after the Court issued the Memorandum Opinion and Order, there is nothing in defendant's August 11 submission that would have changed the Court's decision to deny defendant's motion.  Accordingly, the Memorandum Opinion and Order denying defendant's motion stands.  (See Doc. #141).

1

Chambers will mail a copy of this Order to defendant at the following address:

Iyibia Brown
Reg. No. 85363-054
FPC Alderson
Federal Prison Camp
Glen Ray Rd. Box A
Alderson, WV  24910

Dated: August 19, 2020
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge