Copies Mailed/Faxed 7/25/23
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA            :
                                    :     **ORDER**
v.                                  :
                                    :     18 CR 190-3 (VB)
IYIBIA BROWN,                       :
                    Defendant.      :
------------------------------------------------------x

7/25/23

    By Order dated July 14, 2023, the Court denied defendant's request for appointment of counsel so that she could seek early termination of supervised release. The Court forwarded that Order to the Probation Department, and the Probation Department has advised the Court that it opposes early termination at this time. Given the seriousness of the offense, the relatively lenient sentence that was imposed, and the fact that defendant has completed only one-half of the three-year term of supervised release, the Court does not believe early termination of supervised release, pursuant to 18 U.S.C. § 3583(e), is warranted at this time.

    However, the Probation Department has advised the Court that defendant is gainfully employed, and her adjustment to supervision has otherwise been satisfactory, for which she should be commended. After defendant completes two years of supervised release (i.e., on or after January 14, 2024), she may submit a request for early termination. If defendant remains in substantial compliance with all conditions of supervision, the Court will be inclined to grant such request.

    Chambers will mail a copy of this Order to defendant at the following address:

Iyibia Brown
32 Bonnie Court
Spring Valley, NY  10977

Dated: July 25, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge