UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
v.                                :          **ORDER**
                                  :
IYIBIA BROWN,                     :          18 CR 190-3 (VB)
                      Defendant.  :
------------------------------------------------------x

By letter dated November 22, 2024, defendant Iyibia Brown requests early termination of supervised release. The letter will be separately docketed.

Having reviewed defendant's request for early termination, consulted with her probation officer, and considered the factors set forth in 18 U.S.C. § 3553(a), the Court is satisfied that early termination of supervised release pursuant to 18 U.S.C. § 3583(e) is warranted by Ms. Brown's conduct and the interest of justice. Therefore, the request is GRANTED.

On July 25, 2023, the Court denied Ms. Brown's previous request for early termination, citing the seriousness of the offense, the relatively lenient sentence she received, and the fact that she had served only one-half of the three-year term of supervised release. But the Court noted with approval that Ms. Brown was gainfully employed and her adjustment to supervision was otherwise satisfactory. Accordingly, the Court advised Ms. Brown to re-submit her request after completing two years of supervised release (i.e., on or after January 14, 2024), and that if she remained in substantial compliance with all conditions of supervision the Court would be inclined to grant such a request.

Ms. Brown actually waited more than a year to re-submit her request. The Probation Department reports that Ms. Brown remains in compliance with the conditions of supervision, and that she is scheduled to complete her term of supervised release on January 13, 2025, which means she has served nearly the entire three-year term of supervised release. In addition, Ms. Brown reports that she is attending college and maintains steady employment. According to Ms. Brown, "I would really like to move forward with my life." Under the circumstances, the Court is persuaded that Ms. Brown has paid her debt to society and earned the opportunity to live her life without further court oversight.

Accordingly, it is hereby ORDERED that supervised release is terminated and defendant Iyibia Brown is discharged therefrom, effective immediately.

1

Chambers will mail a copy of this Order to defendant at the following address:

Iyibia Brown
32 Bonnie Court
Spring Valley, NY  10977

Dated: December 2, 2024
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge